UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND CONLEY,<br><br>Defendant.<br>_____/ | Case:2:25-cr-20389<br>Judge: Grey, Jonathan J.C.<br>MJ: Grand, David R.<br>Filed: 05-22-2025 At 03:29 PM<br>USA V SEALED MATTER (LG)<br><br>Violation:<br>18 U.S.C. § 922(g)(1) |

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
18 U.S.C. §§ 922(g)(1) and 924(e)(1)
*Felon in Possession of a Firearm*

On or about November 29, 2024, in the Eastern District of Michigan, Southern Division, the defendant, RAYMOND CONLEY, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is: one Smith and Wesson Model 60, .357 caliber revolver, in violation of Title 18, United States Code, Section 922(g)(1).

Before the defendant, RAYMOND CONLEY, committed the offense charged in this count, he had at least three previous convictions for

1

offenses qualifying under 18 U.S.C. § 924(e)(2) that were committed on occasions different from one another.

## FORFEITURE ALLEGATIONS
18 U.S.C. § 924(d) together with 28 U.S.C. § 2461

1. The allegations contained in Count One of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

2. Upon conviction of the offense charged in Count One of this Indictment, defendant RAYMOND CONLEY, shall forfeit to the United States any firearm and ammunition involved in or used in such violation, pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

THIS IS A TRUE BILL.

s/Grand Jury Foreperson
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

s/Craig Wininger
CRAIG WININGER
Chief, Violent and Organized Crime Unit

s/Philip Jacques
PHILIP JACQUES
Assistant U.S. Attorney

Dated: May 22, 2025

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:25-cr-20389<br>Judge: Grey, Jonathan J.C.<br>MJ: Grand, David R.<br>Filed: 05-22-2025 At 03:29 PM<br>USA V SEALED MATTER (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐ Yes ☑ No | AUSA's Initials: *s/P.J.* |

**Case Title:** USA v. Raymond Conley

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- prior complaint [**Case No.** 24-MJ-30292]

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

May 22, 2025
Date

Philip Jacques
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Philip.Jacques@usdoj.gov
(313) 226-9654
Bar #: P73754

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.